AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Catherine Inez Johnson
    Plaintiff(s),
V.
Commissioner of Social Security Administration
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 12-05212

Notice is hereby given that, subject to approval by the court, __Catherine Inez Johnson__ substitutes
(Party(s) Name)

__Cynthia G. Starkey__, State Bar No. __112072__ as counsel of record in
(Name of New Attorney)

place of __Chloe Musselman__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Cynthia G. Starkey
Address: 1153 Saratoga Avenue, San Jose, CA 95129
Telephone: (408) 247-3454    Facsimile (408) 247-7954
E-Mail (Optional): cynthia@cynthiastarkey.com

I consent to the above substitution.
Date: 10- -2013
(Signature of Party(s))

I consent to being substituted.
Date: 10-NOV-2013
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: November 21, 2013
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 27, 2013

**IT IS SO ORDERED**
Judge Charles R. Breyer

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]