MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
FRANCESCO BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105-1545
    Telephone: (415) 977-8978
    Facsimile: (415) 744-0134
    Email: francesco.benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE INEZ JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:12-cv-05212-CRB<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of this Court, to extend the time by 42 days, from January 17, 2014, to February 28, 2014, for Defendant to file her opposition or counter-motion to plaintiff's motion. With this extension, plaintiff's reply would be due March 14, 2014. This is Defendant's first request for an extension.

    There is good cause for this extension because Defendant's assigned counsel has an unusually heavy case load, which includes an active matter before the Equal

Stip. & Prop. Order for Extension, 2:12-cv-05212-CRB

Employment Opportunity Commission. Accordingly, Defendant needs additional time to complete her portion of the joint stipulation.

                                        Respectfully submitted,

Date: <u>January 9, 2014</u>     By: <u>/s/ Linda S. Ziskin*</u>
                                        LINDA S. ZISKIN (CAND Admission Pending)
                                        Attorney at Law, SBN: #196293
                                        *By email authorization dated January 8, 2014
                                        CYNTHIA G. STARKEY
                                        Attorney at Law, SBN #112072

Date: <u>January 9, 2014</u>     ANDRÉ BIROTTE JR.
                                        United States Attorney
                                        LEON W. WEIDMAN
                                        Assistant United States Attorney
                                        Chief, Civil Division

                                        By: <u>/s/ Francesco P. Benavides</u>
                                        FRANCESCO P. BENAVIDES
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

Of Counsel:

DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
HEATHER M. MOSS
Assistant Regional Counsel,
Social Security Administration

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 14, 2014                 _____
                                              HON. CHARLES R. BREYER
                                              UNITED STATES

Stip. & Prop. Order for Extension, 2:12-cv-05212-CRB

-2-